THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE R. OSBORNE et al., Respondents, against PAULINE C. H. HAYES et al., Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs. The enforcement of the order, which is the subject matter of this motion, is stayed

for ten days during which time the appellant may apply to the Court of Appeals, or to a judge of that court for a stay, if so advised. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 284 App. Div. 143.]